IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
IN ADMIRALTY

| | |
|---|---|
| Tracy L. Freitag and Ernest Paul Freitag Jr., Plaintiffs, <br><br> vs. <br><br> Myrtle Beach Water Sports, Inc., Godfrey Marine, Inc., Highwater Marine, LLC, Marson International, LLC, Colbin Tool Inc., Polaris Industries Inc., and Polaris Inc., Defendants. | C/A No.: 4:26-cv-03394-SAC <br><br> **NOTICE OF FILING PROOF OF SERVICE DEFENDANT MYRTLE BEACH WATER SPORTS, INC.** |

Attached is the United States Postal Service Tracking and Proof of Delivery of the Summons and Complaint as to **Myrtle Beach Water Sports, Inc.** on **September 30, 2026**.

s/Tiffany K. Buffkin
Tiffany K. Buffkin (SC Fed ID 13284)
**MAGUIRE LAW FIRM**
1600 North Oak Street, Suite B
Myrtle Beach, SC 29577
Telephone: (843) 361-7549
Facsimile: (843) 361-7048
Tiffany@MaguireLawFirm.com
***Attorneys for Plaintiffs***

Myrtle Beach, South Carolina
Dated: October 5, 2026