IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
IN ADMIRALTY

Tracy L. Freitag and Ernest Paul Freitag Jr.,

Plaintiffs,

vs.

Myrtle Beach Water Sports, Inc., Godfrey Marine, Inc., Highwater Marine, LLC, Marson International, LLC, Colbin Tool Inc., Polaris Industries Inc., and Polaris Inc.,

Defendants.

C/A No.: 4:26-cv-03394-SAC

**PROOF OF SERVICE AS TO DEFENDANT MYRTLE BEACH WATER SPORTS, INC.**

I, the undersigned, of the Maguire Law Firm, attorneys for Plaintiffs, hereby certify that the Summons and Complaint in this matter were served via **Certified Mail, Return Receipt Requested** upon the registered agent for Defendant ***Myrtle Beach Water Sports*** on September 30, 2026. A copy of the United States Postal Service Tracking and Proof of Delivery for this service is attached hereto as Exhibit 1. These documents were served pursuant to Fed. R. Civ. P. 4(h) on the 30th day of September 2026 with the proper amount of postage prepaid to the following person/entity at the following address:

INDIVIDUAL SERVED:

Myrtle Beach Water Sports, Inc.
c/o Harold W. Wiegel
4616 S Island Dr
North Myrtle Beach SC 29582

SERVED BY:

Barbara J. Belcher
Paralegal for Tiffany K. Buffkin
**MAGUIRE LAW FIRM**
1600 North Oak Street, Suite B
Myrtle Beach, SC 29572