UNITED STATES POSTAL SERVICE®

October 01, 2026

Dear Barbara Belcher:

The following is in response to your request for proof of delivery on your item with the tracking number: **9436 0098 9864 3585 7777 96**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | September 30, 2026, 09:35 am |
| **Location:** | NORTH MYRTLE BEACH, SC 29582 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery<br>Return Receipt Electronic |
| **Recipient Name:** | Myrtle Beach Water Sports, Inc. |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.4oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004